IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NASH TUTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNATHAN HART, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-1 |

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 22, 2024, Report and Recommendation, (doc. 9), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 9.) Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED**, (doc. 4), and his Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 23rd day of April, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA